INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. THE COURIER COMPANY, LTD., Respondent.

PER CURIAM. On account of the unsatisfactory and indefinite allegations of the complaint we feel a cause of action is not certainly stated, but we grant leave to plead over because there is enough alleged to convince us that it is proper for the plaintiff to have an opportunity more fully and definitely to state its alleged cause of action. All concur, except Crosby, J., not voting. Order modified by striking out the words " on the merits " and by granting leave to the plaintiff to serve an amended complaint upon payment of ten dollars costs, and as modified affirmed, without costs.

FERN A. ROWLEY, Respondent, v. ERNEST REYNOLDS and Another. Appellants.

PER CURIAM. Plaintiff, Fern A. Rowley, was injured while riding as a passenger in a car driven by the defendant Bertha M. Reynolds, when the car ran off the road and into an abutment due to the locking of the brake band on the right front wheel. No knowledge by the driver of any defect in the car previous to the accident is shown, but as the car was proceeding at the rate of about twenty-five miles an hour there occurred an unusual clicking or squeaking noise heard by all occupants of the car. The car swerved to the right and the driver grabbed the steering wheel with all her force and kept the car on the road for about fifty feet when it went off the " beaten track " and within less than fifty feet more ran into a concrete abutment. We deem this insufficient, both as matter of law and as a matter of fact, to justify a finding of negligence in the driving of the car. (*Higgins* v. *Mason*, 255 N. Y. 104.) All concur, except Crosby, J., not voting. Judgment and order reversed on the law and the facts and defendants' motion for a directed verdict granted, with costs.